# SAW Exhibit 12



COMBO (KEESTRACK)



COMBO (KEESTRACK)