# SAW Exhibit 13



Explorer 1800 (KEESTRACK)



Explorer 1800 (KEESTRACK)