# SAW Exhibit 14



Explorer 1800 3D (KEESTRACK)