

Explorer 1800 3D (KEESTRACK)



Explorer 1800 3D (KEESTRACK)