# SAW Exhibit 15



Frontier (KEESTRACK)

Case 2:06-cv-01446-ADS-ETB   Document 379-6   Filed 10/05/10   Page 3 of 3

