

Frontier (KEESTRACK)

Pioneer (KEESTRACK)