# SAW Exhibit 16





Case 2:06-cv-01446-ADS-ETB   Document 379-8   Filed 10/05/10   Page 4 of 9



## SPECIFICATIONS

## 540 MOBILE 3 WAY SPLIT SCREENERS

### General

The Fintec 540 Screen is designed to work in tandem with our Fintec 1107 Primary Jaw Crusher and also Fintec secondary cone/impact crushers. The Fintec 540 is constructed for easy mobility and all conveyors are hydraulically foldable for quick transport and set up time. The Fintec 540 uses a 72kw (96Hp) engine to power the hydraulics throughout the machine and it also has the Fintec trademark extra 5° screening angle built into the bottom deck of the screenbox to enable our customers to have a much higher rate of actual screening efficiency. The Fintec screens are true 12' x 5' on both decks respectively. The screen angles hydraulically, from 24° to 35° in 3 working positions. The design and manufacture of the Fintec 540 complies with all the directives required for CE marking while the diesel engine complies with EO emission Regulation 97/68/Ecstep II.

The Fintec 540 screen can be fed by loading shovel, excavator or directly from a primary/secondary crusher. The 12' hydraulic tipping grid is equipped with 4" bofar grizzly bars as standard and 6" bofar grizzly bars as optional. The feeder conveyor is equipped with heavy-duty belts, side wing rollers and variable speed control to maximise the feed onto the screen. The screen has quick release wedge tensioning on the high impact zone on the top deck. Both side conveyors have individual variable control.

### Technical Data

|              | Fintec 540              | Transport                  | Operational      |
|--------------|-------------------------|----------------------------|------------------|
| Length       |                         | 14.5m (47' 5")             | 16.0m (52' 8")   |
| Height       |                         | 3.2m (10' 5")              | 4.9m (16' 4")    |
| Width        |                         | 2.8m (9' 2")               | 15.3m (50' 2")   |
| Weight (approx.) |                     | 26 tonnes (29.12 US Tonnes) | -               |

### Feeder Conveyor

Fintec 540 -   1050mm wide (42") x 3450mm long (11' 3"), 3-ply heavy-duty conveyor belt.

Variable speed conveyor driven by a gearbox (23:1 ratio) and a 125cc hydraulic motor.

### Main Conveyor

Fintec 540 -   1050mm wide (42") x 9000mm long (29' 5"), 3 ply conveyor belt.

This conveyor is driven by a 630cc hydraulic motor.

### Side conveyors

Fintec 540 -   650mm wide (25") x 8540mm long (28'), 2-ply C15 chevron conveyor belt.

Independent variably controlled conveyors driven by 315cc hydraulic motor

### Fine Conveyor

Fintec 540 -   1200mm wide (48") x 5850mm long (19' 2"), 3-ply conveyor belt.

This conveyor is driven by a 400cc hydraulic motor.

All the conveyors have replaceable skirting and feedboot rubber. They are all fitted with internal v-scrappers to protect the tail drums. The feeder, main and fines conveyor are fitted with rosta tensioned belt scrappers and the side conveyors are kept clean with octagon beater rollers.

Case 2:06-cv-01446-ADS-ETB  Document 379-8  Filed 10/05/10  Page 6 of 9

### Hopper

Fintec 540 -   The hopper has a nominal volume of $7m^3$ ($9.2 yd^3$) and is welded solid to the feeder frame.

### Tipping Grid

Fintec 540 -   3650mm (12') x 1700mm (5' 5") target area which opens with the aid of hinged wing plates to 4350mm (14'). The grid is hydraulic tipping, with a radio controlled timer system. Each grid bar is free floating for ease of aperture change.

### Screenbox

Fintec 540 -   3650mm x 1500mm (12' x 5") on both decks.

2 bearing, high amplitude screen. The complete box is bolted together to eliminate any unnecessary heat stress due to welding. The screen has an extra 5° in built screening angle in the bottom decks, and quick release wedge tensioning system on the high impact zone of the top deck. The screenbox is surrounded by a complete access walkway for maintenance and mesh changes, which easily fold away with our unique elbow style folding mechanism.

### Powerunit

Fintec 540

A Deutz BF4M2012 turbo charged 4-cylinder diesel engine powerpack developing 72 kW (96Hp) at 2200 r.p.m. Fuel tank volume is 400 litres and fuel consumption is approximately 15 l/hr at 75% continuous load. The engine meets EU emissions regulation 97/68/EC.

### Hydraulics

Fintec 540

A David Brown 36cc/36cc tandem pump bolts directly onto the engine flywheel with a triple 36cc option available on the 540 machine. The engine also has a 23cc/23cc tandem David Brown pump fitted to a side P.T.O. The hydraulic tank capacity is 600 litres.

### Tracks

Fintec 540 -   The crawler tracks have a length of 2920mm (9' 5") and track shoe width of 500mm (20") the normal ground pressure is 87 kpa with a travelling speed of 1.0 km/h.

### Hopper

Fintec 540 -   The hopper has a nominal volume of $7m^3$ ($9.2\ yd^3$) and is welded solid to the feeder frame.

### Tipping Grid

Fintec 540 -   3650mm (12') x 1700mm (5' 5") target area which opens with the aid of hinged wing plates to 4350mm (14'). The grid is hydraulic tipping, with a radio controlled timer system. Each grid bar is free floating for ease of aperture change.

### Screenbox

Fintec 540 -   3650mm x 1500mm (12' x 5") on both decks.

2 bearing, high amplitude screen. The complete box is bolted together to eliminate any unnecessary heat stress due to welding. The screen has an extra 5° in built screening angle in the bottom decks, and quick release wedge tensioning system on the high impact zone of the top deck. The screenbox is surrounded by a complete access walkway for maintenance and mesh changes, which easily fold away with our unique elbow style folding mechanism.

### Powerunit

Fintec 540

A Deutz BF4M2012 turbo charged 4-cylinder diesel engine powerpack developing 72 kW (96Hp) at 2200 r.p.m. Fuel tank volume is 400 litres and fuel consumption is approximately 15 l/hr at 75% continuous load. The engine meets EU emissions regulation 97/68/EC.

### Hydraulics

Fintec 540

A David Brown 36cc/36cc tandem pump bolts directly onto the engine flywheel with a triple 36cc option available on the 540 machine. The engine also has a 23cc/23cc tandem David Brown pump fitted to a side P.T.O. The hydraulic tank capacity is 600 litres.

### Tracks

Fintec 540 -   The crawler tracks have a length of 2920mm (9' 5") and track shoe width of 500mm (20") the normal ground pressure is 87 kpa with a travelling speed of 1.0 km/h.




10/21/2004 THU 15:21  FAX 705 2954777 McCLOSKEY BROS.                              ☒003/003

# Fintec 540 Type Screen

## Main Competitors

| Company | Model Type | Top Deck | Bottom Deck |
|---|---|---|---|
| FINTEC | 540 | **12 x 5** | **12 x 5** |
| Powerscreen | Chieftain 1400 | 11 x 5 | 10 x 5 |
| Finlay | Supertrak 683 | 12 x 5 | 10 x 5 |
| Extec | Double Screen S4 | 13 x 5 | 13 x 5 |
| Metso | Nordberg 351 | 11 x 5 | 11 x 5 |