# SAW Exhibit 17



# FINTEC 542




- High capacity 12' x 5' (3.65m x 1.5m) on both screen decks
- Additional 5° screening angle inbuilt on bottom deck
- Up to 20% more screening area than most of our competitors
- Maximum screening efficiency
- Suitable for screening, recycling, demolition, quarrying, top soil, coal and many other products


- Capacité élevée sur les deux étages 12' x 5' (3.65m x 1.5m)
- L'étage inférieur bénéficie d'une pente accentuée de 5°
- Plus de 20% en plus de surface de criblage par rapport aux cribles de la concurrence
- Efficacité de criblage maximum
- Adapté pour le criblage en applications de recyclage, démolition, carrières de granulats, traitement des couches arables (terreux), charbon et bien d'autres produits


- Superficie vagliante di elevata capacità 12' x 5' (3.65m x 1.5m reali) su entrambi i piani vaglianti
- Incrementata la possibilità di inclinare il piano vagliante inferiore di ulteriori 5°
- Fino al 20% in più di area vagliante rispetto alla maggior parte della concorrenza
- Massima efficienza nella fase di vagliatura
- Adatto per la vagliatura nel riciclaggio, demolizione, cave, terreno sciolto, carbone e molti altri prodotti


- Alta capacidad en ambas mallas 12' x 5' (3.65m x 1.5m)
- Angulo de quebrado adicional de 5° en la malla inferior
- Hasta 20% más area de cribado que nuestros competidores
- Eficiencia de cribado máxima
- Idónea para cribado de materiales reciclados, materiales de demolición, cantera, carbón, tierra y muchos otros productos

- Hohe Siebleistung 12' x 5' (3.65m x 1.5m) auf beiden Siebdecks
- Zusätzliche 5° Siebneigung auf der ersten Hälfte des unteren Siebdecks
- Bis zu 20% größere Siebfläche als marktüblich
- Maximale Siebleistung
- Besonders geeignet für die Absiebung von Recycling-, Abbruch-, Steinbruch-, Abraum- und Kohlehaufwerk sowie viele andere Materialien

## Machine Specification



 

| | |
|---|---|
| **Screenbox** | 12ft x 5ft (3.65m x 1.5m) |
| **Reject Grid** | 12ft Remote Control Tipping with Bypass Chute (optional) |
| | 14ft Remote Control Tipping (standard) |
| **Engine Type** | CAT Water Cooled Diesel |
| **Engine Power** | 74kw (99hp) |
| **Hopper Capacity** | 8m³ (10.4yd³) |
| **Beltfeeder** | 1050mm Inclined 3 ply (42") Variable Speed |
| **Main Conveyor** | 1050mm 3 ply (42") |
| **Side Conveyors** | 650mm Chevron (26") Variable Speed |
| **Tail Conveyor** | 1200mm 3 ply (48") |
| **Machine Weight** | 26 Tonnes (29.12 US Tonnes) |
| **Vibrating Grid** | 12ft Double Deck |
| **Shredder** | Single Shaft |

