

542 (FINTEC)



**542 (FINTEC)**



542 (FINTEC)