# SAW Exhibit 18

# FINTEC 570



🇬🇧

- High capacity 18' x 5' (5.45m x 1.5m) on both screen decks
- Additional 5° screening angle inbuilt on bottom deck
- Up to 20% more screening area than most of our competitors
- Maximum screening efficiency
- Suitable for screening, recycling, demolition, quarrying, top soil, coal and many other products

🇫🇷

- Capacité élevée sur les deux étages 18' x 5' (5.45m x 1.5m)
- L'étage inférieur bénéficie d'une pente accentuée de 5°
- Plus de 20% en plus de surface de criblage par rapport aux cribles de la concurrence
- Efficacité de criblage maximum
- Adapté pour le criblage en applications de recyclage, démolition, carrières de granulats, traitement des couches arables (terreux), charbon et bien d'autres produits

🇮🇹

- Superficie vagliante di elevata capacità 18' x 5' (5.45m x 1.5m reali) su entrambi i piani vaglianti
- Incrementata la possibilità di inclinare il piano vagliante inferiore di ulteriori 5°
- Fino al 20% in più di area vagliante rispetto alla maggior parte della concorrenza
- Massima efficienza nella fase di vagliatura
- Adatto per la vagliatura nel riciclaggio, demolizione, cave, terreno sciolto, carbone e molti altri prodotti

🇪🇸

- Alta capacidad en ambas mallas 18' x 5' (5.45m x 1.5m)
- Angulo de quebrado adicional de 5° en la malla inferior
- Hasta 20% más area de cribado que nuestros competidores
- Eficiencia de cribado máxima
- Idónea para cribado de materiales reciclados, materiales de demolición, cantera, carbón, tierra y muchos otros productos

🇩🇪

- Hohe Siebleistung 18' x 5' (5.45m x 1.5m) auf beiden Siebdecks
- Zusätzliche 5° Siebneigung auf der ersten Hälfte des unteren Siebdecks
- Bis zu 20% größere Siebfläche als marktüblich
- Maximale Siebleistung
- Besonders geeignet für die Absiebung von

## Machine Specification






| | |
|---|---|
| **Screenbox** | 18ft x 5ft (5.45m x 1.5m) |
| **Reject Grid** | 12ft Remote Control Tipping with Bypass Chute (standard) |
| | 14ft Remote Control Tipping (optional) |
| **Engine Type** | CAT Water Cooled Diesel |
| **Engine Power** | 74kw (99hp) |
| **Hopper Capacity** | 8m³ (10.4yd³) |
| **Beltfeeder** | 1200mm Inclined 3 ply (48") Variable Speed |
| **Main Conveyor** | 1050mm 3 ply (42") |
| **Side Conveyors** | 800mm Chevron (32") Variable Speed |
| **Tail Conveyor** | 1200mm 3 ply (48") |
| **Machine Weight** | 34 Tonnes (38.08 US Tonnes) |
| **Vibrating Grid** | 12ft Double Deck |





## SPECIFICATIONS

## 570 MOBILE 3 WAY SPLIT SCREENERS

S40 Deutz ⎱ 12×5
S42 —cat ⎰

### General

The Fintec 570 Screen is designed to work in tandem with our Fintec 1107 Primary Jaw Crusher and also Fintec secondary cone crushers. The Fintec 570 is constructed for easy mobility all conveyors are hydraulically foldable for quick transport and set up time. The Fintec 570 uses a 72kw (96Hp) engine to power the hydraulics throughout the machine and it also has the Fintec trademark extra 5° screening angle built into the bottom deck of the screenbox to enable our customers to have a much higher rate of actual screening efficiency. The Fintec screens are true 18' x 5' on both decks respectively. The screen angles hydraulically, from 22° to 28° in 4 working positions. The design and manufacture of the Fintec 570 complies with all the directives required for CE marking, while the diesel engine complies with EO emission Regulation 97/68/Ecstep II.

The Fintec 570 screen can be fed by loading shovel, excavator or directly from a primary/secondary crusher.. The 12' hydraulic tipping grid is equipped with 4" bofar grizzly bars as standard and 6" bofar grizzly bars as optional. The grid is also by passed by a crusher inlet chute for working in line with a crusher without removing the grid. The feeder conveyor is equipped with heavy-duty belts, side wing rollers and variable speed control to maximise the feed onto the screen. The screen has quick release wedge tensioning on the high impact zone on the top deck. Both side conveyors have individual variable control.

### Technical Data

#### Fintec 570

| | | |
|---|---|---|
| Length | 17.6m (57' 7") | 18.2m (59' 10") |
| Height | 3.4m (11' 2") | 6.2m (20' 4") |
| Width | 2.9m (9' 5") | 16.3m (53' 5") |
| Weight (approx.) | 34 tonnes (38.08 US Tonnes) | - |

### Feeder Conveyor

Fintec 570 -    1200mm wide (48") x 3890mm long (12' 7"), 3-ply heavy-duty conveyor belt.

Variable speed conveyor driven by a gearbox (23:1 ratio) and a 125cc hydraulic motor.

### Main Conveyor

Fintec 570 -    1050mm wide (42") x 11000mm long (36' 1"), 3-ply conveyor belt and hydraulic position adjustment for maximum screening efficiency.

This conveyor is driven by a 630cc hydraulic motor.

### Side conveyors

Fintec 570 -    800mm wide (31.5") x 8950mm long (29' 3"), 2-ply C15 chevron conveyor belt.

Independent variably controlled conveyors driven by 315cc hydraulic motor

### Fine Conveyor

Fintec 570 -    1200mm wide (48") x 7690mm long (25' 2"), 3-ply conveyor belt.

This conveyor is driven by a 400cc hydraulic motor.

All the conveyors have replaceable skirting and feedboot rubber. They are all fitted with internal v-scrappers to protect the tail drums. The feeder, main and fines conveyor are fitted with rosta tensioned belt scrappers and the side conveyors are kept clean with octagon beater rollers.

### Hopper

Fintec 570 -   The hopper is bolt in and has a nominal volume of $8m^3$ ($10.4 yd^3$).

### Tipping Grid

Fintec 570 -   3650mm (12') x 1900mm (6' 2") target area, which opens to 4350mm (14'). A crusher inlet chute is fitted as standard to work in tandem with primary or secondary crushers. The grid is hydraulic tipping, with a radio controlled timer system. Each bar is free floating for ease of aperture change.

### Screenbox

Fintec 570 -   5450mm x 1500mm (18' x 5") on both decks.

2 bearing, high amplitude screen. The complete box is bolted together to eliminate any unnecessary heat stress due welding. The screen has an extra 5° in built screening angle in the bottom deck, and quick release wedge tensioning system on the high impact zone of the top deck. The Screenbox is surrounded by a complete access walkway for maintenance and mesh changes, which easily fold away with our unique elbow style folding mechanism.

### Powerunit

Fintec 570

A Deutz BF4M2012 turbo charged 4-cylinder diesel engine powerpack developing 72 kW (96Hp) at 2200 r.p.m. Fuel tank volume is 400 litres and fuel consumption is approximately 15 l/hr at 75% continuous load. The engine meets EU emissions regulation 97/68/EC.

### Hydraulics

Fintec 570

A David Brown 36cc/36cc tandem pump bolts directly onto the engine flywheel with a triple 36cc option available on the 540 machine. The engine also has a 23cc/23cc tandem David Brown pump fitted to a side P.T.O. The hydraulic tank capacity is 600 litres.

### Tracks

Fintec 570 -   The crawler tracks are 3800mm (12' 5") long, with 500mm (20") wide shoes. The normal ground pressure is 97 kpa with a travelling speed of 0.8 km/h.

Case 2:06-cv-01446-ADS-ETB   Document 379-11   Filed 10/05/10   Page 6 of 7



Fintec 570

10/21/2004 THU 15:19  FAX 705 2934777 McCLOSKEY BROS.                    ☒ 005/006



570 (FINTEC)