# SAW Exhibit 19

## Mobile Screen Main Conveyor 900mm (36") Belt

Typical layout





| | | | | | |
|---|---|---|---|---|---|
| Cross section area (S) | 0.071 | M² | | Material Density | |
| | | | Brick | 2348 | Kg/M³ |
| | | | Cement | 1601 | Kg/M³ |
| | | | Clay | 1874 | Kg/M³ |
| Material density | 1697 | Kg/M³ | Concrete | 2042 | Kg/M³ |
| Typical drum speed | 115 | rpm | Earth | 1617 | Kg/M³ |
| Typical drum Diameter | 290 | MM | Granite Crushed | 1649 | Kg/M³ |
| | | | Granite | 2803 | Kg/M³ |
| | | | Gravel | 1697 | Kg/M³ |
| Belt load | 120.5 | Kg/M | Lime | 1569 | Kg/M³ |
| Belt Speed | 104.72 | M/min | Masonry | 2402 | Kg/M³ |
| Theoretical Tons\hour | 757.04 | Tph | Sandstone | 2354 | Kg/M³ |
| | | | Sand | 1834 | Kg/M³ |

Page 1

## Mobile Screen Main Conveyor 1200mm (48") Belt

Typical layout



| Cross section area (S) | 0.126 | M² | | Material Density | |
|---|---|---|---|---|---|
| | | | Brick | 2348 | Kg/M³ |
| | | | Cement | 1601 | Kg/M³ |
| | | | Clay | 1874 | Kg/M³ |
| Material density | 1697 | Kg/M³ | Concrete | 2042 | Kg/M³ |
| Typical drum speed | 115 | rpm | Earth | 1617 | Kg/M³ |
| Typical drum Diameter | 290 | MM | Granite Crushed | 1649 | Kg/M³ |
| | | | Granite | 2803 | Kg/M³ |
| | | | Gravel | 1697 | Kg/M³ |
| Belt load | 213.8 | Kg/M | Lime | 1569 | Kg/M³ |
| Belt Speed | 104.72 | M/min | Masonry | 2402 | Kg/M³ |
| Theoretical Tons\hour | 1343.47 | Tph | Sandstone | 2354 | Kg/M³ |
| | | | Sand | 1834 | Kg/M³ |