<u>CIVIL CAUSE FOR MOTIONS</u>

BEFORE JUDGE: <u>ARTHUR D. SPATT</u>   DATE: <u>10/15/10</u>   TIME: <u>9:30</u>
DOCKET NUMBER: <u>CV-06-1440</u>

(2 hrs)

TITLE: <u>METSO v. POWERSCREEN, et al.</u>

COURT DEPUTY: <u>Mary Ellen Kirchner</u>   Court Reporter: <u>Owen Wicker</u>

APPEARANCES:

    FOR PLAINTIFF(S):                      <u>Michael C. Stuart, Esq.</u>
                                                              Marilyn Neiman, Esq
    FOR PLAINTIFF(S):                      <u>Lisa A. Ferrari, Esq.</u>

    FOR DEFENDANT(S):                      <u>George B. Yankwitt, Esq.</u>
                                                              Nathan Lane, Esq
    FOR DEFENDANT(S):                      <u>Mary M. Chang, Esq.</u>
                                                            Xavier M. Brandwayn, Esq
    FOR DEFENDANT(S):                      <u>Teodor Holmberg, Esq.</u>

\_\_/ CASE CALLED.

\_\_/ COUNSEL FOR ALL SIDES PRESENT.

\_\_/ MOTIONS IN-LIMINE HEARD AND ARGUED ON THE RECORD.

\_\_/ COURT'S RULINGS ON THE RECORD. TRIAL TO COMMENCE ON 10/18/10 AT 9:00.